Esther Mosher, Appellant, v. Joseph Kantor et al., National Van Lines, Inc., Appellee.

Gen. No. 41,022.

opinion filed June 24, 1940; rehearing denied July 8, 1940. Turner, Kaplan & Turner, for appellant; Maurice Turner, of counsel; Irving G. Zazove, for appellee. Opinion by JUSTICE O'CON-NOR. "Not to be published in full."

Bertha Montgomery et al., Appellants, v. Maud Coles Whitlock et al., Appellees.

Gen. No. 41,031.

opinion filed June 24, 1940. Henry C. Fergu-son, for appellants; A. F. W. Siebel and Arthur F. Siebel, for appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."